McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL PETTINGILL,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:18-cv-02979-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from July 22, 2019 to September 20, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because additional time is needed to respond to the motion due to undersigned counsel's workload, including 11 district court briefs due in July and 14 district court briefs due in August. In addition, counsel will be on leave from July 19 through July 30.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Stip. & Prop. Order for Ext.;  Case .: 2:18-cv-02979-EFB   1

1 | The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file a response to Plaintiff's motion on or before September 20, 2019; and
- Plaintiff may file a reply brief within twenty (20) days after service of Defendant's answering, on or before October 10, 2019.

Respectfully submitted,

Dated: July 2, 2019

*/s/ Shellie Lott\**
(*as authorized via e-mail on 7/2/19)
SHELLIE LOTT
Attorney for Plaintiff

Dated: July 2, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: July 10, 2019.

THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge