SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO BRANCH

| | |
|---|---|
| MICHAEL PAUL PETTINGILL,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: 2:18-cv-02979-EFB<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Reply to Defendant's Cross-Motion for Summary Judgment in the above-referenced case is hereby extended to the new due date of November 12, 2019.

This extension (30 days) is requested because the brief writer has an extremely heavy briefing schedule with multiple briefs in Federal court and in her administrative cases, as well as numerous hearings in the next several weeks. The attorney needs additional time to review the document and record prior to filing the Reply to the Defendant's Cross-Motion for Summary Judgment.

DATED:  October 9, 2019                    */s/ Shellie Lott*
                                           SHELLIE LOTT
                                           Attorney for Plaintiff

DATED:  October 9, 2019                    McGREGOR W. SCOTT
                                           United States Attorney
                                           DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX

                                           */s/ Esther Kim*
                                           ESTHER KIM,
                                           (As authorized via E-mail on 10/4/19)
                                           Special Assistant U S Attorney
                                           Attorneys for Defendant

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| MICHAEL PAUL PETTINGILL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:18-cv-02979-EFB<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

　　　　Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Reply to Defendant's Cross-Motion for Summary Judgment, the request is hereby APPROVED.

　　　　Plaintiff shall file her Reply to Defendant's Cross-Motion for Summary Judgment on or before November 12, 2019.

　　　　SO ORDERED.

DATED: October, 9, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE